ISAAC J. WISOFF and SILDORE NOVELTY CORP., Respondents, v. JOSEPH WISOFF and Others, Defendants, and HARRY SLOMOWITZ and Others, Appellants. (Appeal No. 2.) — In an action for a declaratory judgment, for the cancellation of certain written instruments, and for other relief, judgment in favor of plaintiffs and dismissing the counterclaim of Harry Slomowitz, in so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Close, JJ.

HENRY WULKAN and MARY WULKAN, Respondents, v. WILLIAM KAPP, Appellant.— In an action by plaintiff wife to recover for property damage, and by plaintiff husband to recover damages for personal injuries sustained when an automobile operated by him and owned by his wife was struck by an automobile operated by defendant, a verdict in plaintiff husband's favor in an amount equal to the amount of his doctors' bills was inadequate and was properly set aside by the trial court. When defendant was called as a witness by the plaintiffs, the rule which prohibited an attack on defendant's general credibility did not prevent plaintiffs from having the jury pass on the truthfulness or accuracy of defendant's testimony. (*Carlisle* v. *Norris*, 215 N. Y. 400.) In any event, the defendant, by failing to move for a dismissal of the complaint at the close of the entire case, conceded that there was a jury question in respect of his negligence. (*Behan* v. *Ivanhoe Co.*, 263 App. Div. 963.) Judgment, and order setting aside the verdict in favor of plaintiff Henry Wulkan as inadequate and granting other relief, in so far as appealed from, unanimously affirmed, with costs. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ.

## (April 29, 1942.)

In the Matter of the Presentment by the Grand Jury for the Additional Extraordinary Special and Trial Term of the Supreme Court, Kings County, and the Members Thereof as Such Grand Jurors and as Individuals and Taxpayers of the City of New York, County of Kings, of Charges of Alleged Professional Misconduct and Conduct Prejudicial to the Administration of Justice against WILLIAM LERNER, an Attorney and Counselor at Law, Respondent.— Matter referred to Hon. Leander B. Faber, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Presentment by the Grand Jury for the Additional Extraordinary Special and Trial Term of the Supreme Court, Kings County, and the Members Thereof as Such Grand Jurors and as Individuals and Taxpayers of the City of New York, County of Kings, of Charges of Alleged Professional Misconduct and Conduct Prejudicial to the Administration of Justice against JOSEPH MARGOLIN (Admitted as JOSEPH B. MARGOLIN), an Attorney and Counselor at Law, Respondent.— Matter referred to Hon. Leander B. Faber, official referee, to hear and to report with his opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.